# Exhibit B

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1

Stylesheet Version v1.2

EPAS ID: PAT3007011

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | NUNC PRO TUNC ASSIGNMENT |
| EFFECTIVE DATE: | 03/11/2011 |

**CONVEYING PARTY DATA**

| Name | Execution Date |
| --- | --- |
| GARY BRYMAN | 09/03/2014 |

**RECEIVING PARTY DATA**

| Name: | SOLO INDUSTRIES |
| --- | --- |
| Street Address: | 16 FLEET ST #2 |
| City: | VENICE |
| State/Country: | CALIFORNIA |
| Postal Code: | 90292 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
| --- | --- |
| Application Number: | 13046129 |

**CORRESPONDENCE DATA**

| | |
| --- | --- |
| Fax Number: | (503)482-7418 |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
| --- | --- |
| Phone: | 5033363749 |
| Email: | jcedmondson@edmolaw.com |
| Correspondent Name: | J. CURTIS EDMONDSON |
| Address Line 1: | 3699 NW JOHN OLSEN PLACE |
| Address Line 4: | HILLSBORO, OREGON 97124 |

| ATTORNEY DOCKET NUMBER: | BRY 2.002.US.CON |
| --- | --- |
| NAME OF SUBMITTER: | J. CURTIS EDMONDSON |
| SIGNATURE: | /J Curtis Edmondson/ |
| DATE SIGNED: | 09/03/2014 |

**Total Attachments: 2**

source=BRY_2002_US_CON_Assignment#page1.tif

source=BRY_2002_US_CON_Assignment#page2.tif

DOCKET BRY 2.002.US.CON

J. Curtis Edmondson, Patent Attorney
Law Offices of J. Curtis Edmondson
15490 NW Oak Hills Dr.
Beaverton OR   97006
(503) 701-9719
(503) 482-7418 fax

## PATENT  ASSIGNMENT

WHEREAS Gary Bryman hereafter referred to as ASSIGNOR is an inventor and an owner of U.S. Patent application No. 13/046,129, entitled INTEGRATED SMOKING DEVICE  and of the invention or inventions described and claimed therein or which may be claimed for such invention or inventions; and

WHEREAS, SOLO INDUSTRIES, Inc. having a place of business at 16 Fleet St #2 Venice CA 90292, said corporation hereafter referred to as ASSIGNEE, desires to acquire the full and exclusive right, title, and interest in and to said invention or inventions and said Patent application and any Patents which issue therefrom nunc pro tunc.

Now, THEREFORE, for valuable consideration, the receipt of which is hereby acknowledged, ASSIGNOR does hereby sell, assign, transfer, and set over unto the said ASSIGNEE, its successors and assigns, all of his right, title, and interest in and to said invention or inventions and said Patent and any utility or design patents which issue therefrom including any continuations, continuations-in-part, divisions, reexamination certificates, renewals, substitutes or reissues thereof and any foreign patent rights corresponding to or derived from any of them for the full term for which the same may be granted; and ASSIGNOR hereby authorizes and requests the Commissioner of Patents and Trademarks to issue any Letters Patent which issue therefrom to said ASSIGNEE its successors and assigns, in accordance with this assignment.   ASSIGNOR also assigns all right title and interest to ASSIGNEE in any and all past and present claims for infringement, choses in action, all past licenses from said patent, and any all past and future claims, both legal and equitable, that arise from the issuance of this patent.

**PATENT
REEL: 033658 FRAME: 0664**

DOCKET BRY 2.002.US.CON

Signed: _____

Date: __9.3.14__
GARY BRYMAN
[ASSIGNORS]

Signed: _____

Date: __9.3.14__
SOLO INDUSTRIES
[ASSIGNEE]

---

State of California    }

County of _____  }

On _____ before me, (here insert name and title of the officer), personally appeared
_____
_____
_____
_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public Signature                                    Notary Public Seal

**PATENT**