Kevin Ryan Behrendt CASBN#211879
Dermer Behrendt
13101 Washington Boulevard, Suite 407
Los Angeles, CA 90066
Phone: (310) 614-2492
Facsimile: (310) 954-9206
E-mail: kevin@dermerbehrendt.com

Attorney for Plaintiff
SOLO INDUSTRIES, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLO INDUSTRIES, INC,<br><br>        Plaintiff<br><br>v.<br><br>HERBONITE, INC.,<br><br>        Defendant | 2:24-CV-06595-MWF-MAR<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint served: August 23, 2024<br>Current Response date: September 13, 2024<br>New Response date: October 11, 2024 |

It is hereby stipulated by and between the parties, Plaintiff Solo Industries, Inc. and Defendant Herbonite, Inc. as follows:

Whereas, Plaintiff served its Complaint on August 23, 2024

Whereas, Defendant desires additional time to engage legal counsel;

Whereas, Plaintiff is willing to provide additional time for Defendant to prepare and file its responsive pleading.

Now, therefore, based on the foregoing facts, the parties stipulate that:

1. The Defendant's last day to file its pleading in response to the Complaint on file in this matter is extended from September 13, 2024 to October 11, 2024.

1

It is so stipulated.

Dated: September 13, 2024         DERMER BEHRENDT

By /s/ Kevin Ryan Behrendt
Attorney for Plaintiff Solo Industries, Inc.

September, 13, 2024         By:/s/ Misak Mkhdesyan _____
President
Herbonite, Inc.