UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 24-6595-MWF(MARx)** | Date: November 08, 2024 |
| Title | ***Solo Industries, Inc. v. Herbonite, Inc.*** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on August 5, 2024.  (Docket No. 1).  On September 9, 2024, Plaintiff filed a Proof of Service of the Summons and Complaint on Defendant Herbonite, Inc.  (Docket No. 10).  On September 13, 2024, Plaintiff filed a Stipulation to Extend Time to Respond to Initial Complaint, extending that deadline to October 11, 2024.  (Docket No. 11).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **NOVEMBER 27, 2024**.

- By Defendant:  Response to the Complaint.  The parties may also file another stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- By Plaintiff:  Application to the Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 24-6595-MWF(MARx)**                                Date:  November 08, 2024

Title        ***Solo Industries, Inc. v. Herbonite, Inc.***

respond to the Order to Show Cause by **November 27, 2024,** will result in the dismissal of this action.

    IT IS SO ORDERED.