Kevin Ryan Behrendt CASBN#211879
Dermer Behrendt
13101 Washington Boulevard, Suite 407
Los Angeles, CA 90066
Phone:         (310) 614-2492
Facsimile:    (310) 954-9206
E-mail:        kevin@dermerbehrendt.com

Attorney for Plaintiff
SOLO INDUSTRIES, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLO INDUSTRIES, INC., | Case No. 2:24-cv-06595-MWF-MAR |
| Plaintiff, | **REQUEST TO ENTER DEFAULT** |
| v. | |
| HERBONITE, INC., | **Hon. Michael W. Fitzgerald** <br> **United States District Judge** |
| Defendant, | |

TO THE CLERK OF COURT:

Plaintiff Solo Industries Inc. requests that the Clerk enter default in this matter against Defendant Herbonite, Inc. on the grounds that Defendant has failed to appear or otherwise respond to the Complaint (Doc. Rec. No. 1) within the time prescribed by the Federal Rules of Civil Procedure.  See Declaration of Jared K. Rovira, ¶ 2 ("Rovira Decl.").

The Summons and Complaint were served on Defendant Herbonite Inc. on August 23, 2024 through its registered agent for service of process, Misak

Mkhdesyan, as evidenced by the Proof of Service on file with the Court (Doc. Rec. No. 10). See Rovira Decl., ¶ 2. The last known address for Hassan Misak Mkhdesyan, registered agent for Herbonite, Inc., is 14532 Friar Street, Suite 1, Van Nuys, California 91411. Plaintiff stipulated to, and this Court granted, an extension of time for Defendant to respond to the Complaint until October 11, 2024, however, Defendant has failed to file any answer or response with the Court. See Rovira Decl., ¶ 2.

DATED this 25th day of November, 2024          Respectfully submitted,

/s/ Kevin Ryan Behrendt
Local Counsel
Kevin Ryan Behrendt
CASBN#211879
13101 Washington Boulevard,
Suite 407
Los Angeles, CA 90066
Phone: (310) 614-2492
Facsimile: (310) 954-9206
E-mail: kevin@dermerbehrendt.com

By /s/ Greg Latham
Greg Latham
Jared Rovira
*Pro Hac Vice Application Forthcoming*
Intellectual Property Consulting
400 Poydras Street, Suite 1400
New Orleans, LA 70130
T:(504) 322-7166/F:(504) 322-7184

E-mail: glatham@iplawconsulting.com
E-mail: jrovira@iplawconsulting.com

*ATTORNEYS FOR SOLO INDUSTRIES, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25th, 2024, I served a copy of the REQUEST TO ENTER DEFAULT on Defendant's registered agent via electronic mail.

*/s/ Jared Rovira*
Jared Rovira