Kevin Ryan Behrendt CASBN#211879
Dermer Behrendt
13101 Washington Boulevard, Suite 407
Los Angeles, CA 90066
Phone:        (310) 614-2492
Facsimile: (310) 954-9206
E-mail:        kevin@dermerbehrendt.com

Attorney for Plaintiff
SOLO INDUSTRIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLO INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HERBONITE, INC., <br><br> Defendant, | Case No. 2:24-cv-06595-MWF-MAR <br><br> **DECLARATION OF JARED K. ROVIRA IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT** <br><br> **Hon. Michael W. Fitzgerald** <br> **United States District Judge** |

I, Jared K. Rovira, declare:

1.  I am an attorney of record for Plaintiff, Solo Industries, Inc. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.  On August 5, 2024, Plaintiff filed a Complaint in this case against Defendant, Herbonite, Inc. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, service was made upon Herbonite, Inc. through its registered agent for service of process, Misak Mkhdesyan, on August 20, 2024. On September 9, 2024,

1
DECLARATION OF JARED K. ROVIRA IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT

Plaintiff filed Proof of Service of Summons (Doc. Rec. No. 10) providing that Herbonite, Inc. was served through its registered agent.

3.  Plaintiff stipulated to, and this Court granted, an extension of time for Defendant to respond to the Complaint until October 11, 2024.

4.  Herbonite, Inc. has failed to answer or otherwise respond to the Complaint or serve a copy of any answer or other responsive pleading upon Plaintiff's counsel. The applicable time limit for responding to the complaint has expired.

5. Defendant Herbonite, Inc. is a business entity and is therefore not a minor or an incompetent person.

6. Defendant Herbonite, Inc. is a business entity and is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25nd day of November, 2024.

/s/ Jared K. Rovira
Jared K. Rovira
*Pro Hac Vice Application Forthcoming*
Intellectual Property Consulting
400 Poydras Street, Suite 1400
New Orleans, LA 70130
T:(504) 322-7166/F:(504) 322-7184
E-mail: jrovira@iplawconsulting.com

*ATTORNEY FOR SOLO INDUSTRIES, INC.*

2
DECLARATION OF JARED K. ROVIRA IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT