Kevin Ryan Behrendt CASBN#211879
Dermer Behrendt
13101 Washington Boulevard, Suite 407
Los Angeles, CA 90066
Phone:         (310) 614-2492
Facsimile: (310) 954-9206
E-mail:         kevin@dermerbehrendt.com

Attorney for Plaintiff
SOLO INDUSTRIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLO INDUSTRIES, INC., | Case No. 2:24-cv-06595-MWF-MAR |
| Plaintiff, | **DEFAULT BY CLERK** |
| v. | |
| HERBONITE, INC., | **Hon. Michael W. Fitzgerald** |
| | **United States District Judge** |
| Defendant, | |

It appearing from the records in this action that Summons was served upon Defendants Herbonite, Inc., and, it further appearing from the declaration of counsel for Plaintiff Solo Industries, Inc. and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Herbonite, Inc. had failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

On request of Plaintiff's counsel, the DEFAULT of Defendant Herbonite, Inc. is hereby entered:

1  Dated: _____   By: _____
2                                        Deputy Clerk
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28