UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   2:24–cv–06595–MWF–MAR          Date      December 10, 2024

Title      SOLO INDUSTRIES, INC. V. HERBONITE, INC.

---

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                      Not Reported;
Courtroom Deputy                                  Court Reporter

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):
None Present                                      None Present

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

In light of the Default By Clerk entered on 12/2/2024, the Court sets a hearing for Order To Show Cause Re Default Judgment for January 13, 2025 at 11:30 AM. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

**IT IS SO ORDERED.**

Initials of Clerk: _rs_