# EXHIBIT R-1



# EXHIBIT R-2

**Claim Chart: U.S. Pat. No. 8,881,738 – Wikilite Product Comparison**

| U.S. Patent No. 8,881,738 | Wikilite Product ("Accused Product") |
|---|---|
| **Claim 1.** An integrated Smoking device comprising:<br>　a housing (element 1):<br>　a bowl (element 2) disposed in the housing:<br>　a smoke tube (element 3)[1] coupled to the bowl at a bowl end allowing gaseous flow from the bowl end to a draw end (element 4);<br><br>[1] Smoke tube (element 3) of the Accused Device extends from the base of bowl (element 2) to the draw end of the device generally along the line labeled A. |  |

a flame assembly (element 5)[2] associated with a fuel aperture (element 6) for directing fuel for a flame near the bowl and approximately parallel to the bowl;

an igniter (element 7) arranged near the fuel aperture (element 6) so that when the fuel aperture is directing fuel, the igniter ignites the fuel[3]; and

[2] In accordance with the specification, the flame assembly is the combination of the fuel aperture (element 6), igniter (element 7), spark gap (the space between the igniter and the fuel aperture) and flame aperture (Labeled B [not a claimed element]). See Column 5, Lines 1-9.

[3] Activating the user control (element 12) of the Accused Device causes igniter (element 7) to produce a spark that ignites the fuel from the fuel aperture (element 6) and produce a flame that is parallel to the bowl.



a moveable arm (element 8), said moveable arm externally and proximately mounted near the bowl, the moveable arm further comprising the flame assembly (element 5) and an air intake aperture (element 9)[4];

wherein said moveable arm has an active position (element 10) and an inactive position (element 11),

wherein said moveable arm is thrust above the housing (element 1) in the active position and is lowered towards the housing in the inactive position[5]; and

[4] The non-rounded portion of the aperture allows for air flow into the flame assembly (element 5) even while the device is in use.

[5] The movable arm (element 8) is the portion of the device that extends above the housing and bowl in the active position (element 10) and is lowered back towards the housing and bowl in the inactive position (element 11).





3

wherein said flame assembly (element 5) further comprises said fuel aperture (element 6) and said igniter (element 7)[6];

a user control (element 12) arranged such that a user may activate the igniter and cause fuel to flow from the fuel aperture, so as to produce a flame directed at the bowl, in a single operation[7].

---

[6] Discussed further on page 2
[7] A test of a purchased Accused Device confirmed that it possesses this functionality.

# EXHIBIT R-3

