## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SOLO INDUSTRIES, INC.,

|  | CASE NUMBER |
|---|---|
|  | CV 24-6595-MWF(MARx) |

                                    PLAINTIFF(S)

                        v.

HERBONITE, INC.,

**ORDER STRIKING FILED DOCUMENTS
FROM THE RECORD**

                                    DEFENDANT(S).

WHEREAS, the documents listed below are deficient for the following reason(s):
Proposed Order not filed, Local Rule 5-4.4; hearing is untimely, Local Rule 6-1. proof of service on Defendant is required, see Order to Show Cause (Docket No. 16) and http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| Document Entitled | Filed |
|---|---|
| Notice of Motion and Motion of Plaintiff Solo Industries, Inc. for Default Judgment Against Defendant Herbonite, Inc. | 1/22/2025 (DE 18) |
| Declaration of Gary Bryan in Support of Motion for Default Judgment | 1/22/2025 (DE 19) |
| Declaration of Jared Rovira in Support of Motion for Default Judgment | 1/22/2025 (DE 20) |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

January 22, 2025
Date

United States District Judge

CV-80 (12/22)                     ORDER STRIKING FILED DOCUMENTS FROM THE RECORD