Kevin Ryan Behrendt CASBN#211879
Dermer Behrendt
13101 Washington Boulevard, Suite 407
Los Angeles, CA 90066
Phone:         (310) 614-2492
Facsimile:     (310) 954-9206
E-mail:        kevin@dermerbehrendt.com

Attorney for Plaintiff
SOLO INDUSTRIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLO INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HERBONITE, INC.,<br><br>Defendant, | Case No. 2:24-cv-06595-MWF-MAR<br>Hon. Michael W. Fitzgerald<br><br>**EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>[Filed concurrently with: Declaration of Kevin Behrendt; Redacted Version of Documents Proposed to be Filed Under Seal; Unredacted Version of Documents Proposed to be Filed Under Seal; and [Proposed] Order re: Application for Leave to File Under Seal] |

Pursuant to Local Rule 79-5, Defendant Solo Industries, Inc. hereby applies for leave of Court to file under seal the company's product cost and profit margin information as stated in Solo Industries' Motion for Default Judgement (the "Motion") and the supporting Declaration of Gary Bryman (the "Bryman Dec."). In the Motion, Solo Industries discloses the costs, retail price and profit margins for its "Solo Pipe" product; the same confidential information is stated in the Bryman Dec. Further, the Motion and Bryman Dec. (and accompanying exhibit B-6) disclose the

number of Accused Products sold by Defendant. This information, when taken together with the compensatory damages for lost profits requested, can be used to calculate the profit margins of the "Solo Pipe" product. Solo Industries requests that it be allowed to file into the public record a redacted version of these documents which obscures only the costs, retail price and profit margin of the "Solo Pipe" product and the number of Accused Products sold by Defendant. As demonstrated in the redacted versions concurrently filed with this Application, the redactions are minimal.

Defendant Herbonite, Inc., is in default and has not participated in this case. See the Declaration of Kevin Behrendt in Support of Application for Leave to File Under Seal, filed concurrently with this application. Therefore, this application is unopposed.

Next, Solo Industries views the information concerning the costs, retail price and profit margins for its "Solo Pipe" product, as well as, the number of products sold by Defendant (which can be used to determine profit margin of the "Solo Pipe" product based on the lost profits damages) as confidential and commercially sensitive information. See the Declaration of Kevin Behrendt in Support of Application for Leave to File Under Seal, filed concurrently with this application. When commercially sensitive information is at issue, courts in this district have allowed for information to be filed under seal. *See, e.g., Dobrosky v.*

*Arthur J. Gallagher Serv. Co.*, LLC, No. EDCV 13-0640 JGB (SPx), 2015 U.S. Dist. Lexis 68252 at *11 (C.D. Cal. May 18, 2015).

  Solo Industries respectfully requests that the Court grant the application to file under seal.

Dated: January 24th, 2025      Respectfully submitted,

            /s/ *Kevin Ryan Behrendt*

            Kevin Ryan Behrendt
            CASBN#211879
            13101 Washington Boulevard,
            Suite 407
            Los Angeles, CA 90066
            Phone: (310) 614-2492
            Facsimile: (310) 954-9206
            E-mail: kevin@dermerbehrendt.com

            *Attorneys for Solo Industries, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify the foregoing Solo Industries' Application for Leave to File Under Seal was served on Defendant Herbonite, Inc. via electronic mail on this 24th day of January 2025.

               /s/ *Kevin Ryan Behrendt*
               Kevin Ryan Behrendt