```
Kevin Ryan Behrendt CASBN#211879
Dermer Behrendt
13101 Washington Boulevard, Suite 407
Los Angeles, CA 90066
Phone:      (310) 614-2492
Facsimile:  (310) 954-9206
E-mail:     kevin@dermerbehrendt.com
```

Attorney for Plaintiff
SOLO INDUSTRIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLO INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HERBONITE, INC., <br><br> Defendant, | Case No. 2:24-cv-06595-MWF-MAR <br> Hon. Michael W. Fitzgerald <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF SOLO INDUSTRIES' EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL** <br><br> [Filed concurrently with: Application for Leave to File Under Seal; Declaration of Kevin Behrendt; Redacted Version of Documents to be Filed Undre Seal; Unredacted Version of Documents to be Filed Under Seal] |

Pursuant to Federal Rules of Civil Procedure 26(c) and Civil LR 79-5, the Court GRANTS Plaintiff's Ex Parte Application for Leave to File Under Seal the unredacted version its Motion for Default Judgement and the supporting Declaration of Gary Bryman.

Pursuant to LR 79-5.2.2(c), Plaintiff shall file the sealed document into the record.

[PROPOSED] ORDER GRANTING PLAINTIFF SOLO INDUSTRIES' EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:24-cv-06595-MWF-MAR

1  IT IS SO ORDERED.

2  Dated: _____

3

4

5  _____
   Honorable Judge Michael Fitzgerald
6  United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

2

28 [PROPOSED] ORDER GRANTING PLAINTIFF SOLO INDUSTRIES' EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:24-cv-06595-MWF-MAR