**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Kevin Ryan Behrendt CASBN#211879
Dermer Behrendt
13101 Washington Boulevard, Suite 407
Los Angeles, CA 90066
Phone:      (310) 614-2492
Facsimile:  (310) 954-9206
E-mail:     kevin@dermerbehrendt.com

Attorney for Plaintiff
SOLO INDUSTRIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLO INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HERBONITE, INC., <br><br> Defendant, | Case No. 2:24-cv-06595-MWF-MAR <br><br> **REDACTED DECLARATION OF GARY BRYMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT AGAINST HERBONITE, INC.** <br><br> Hon. Michael W. Fitzgerald <br> United States District Judge |

I, Gary Bryman, declare:

1.   I am the owner of Solo Industries, Inc. ("Solo Industries" or "Plaintiff"), and make this declaration in support of Plaintiff Solo Industries, Inc.'s Motion For Default Judgment Against Herbonite, Inc., doing business as WickiePipes, (hereafter, "WickiePipes" or "Defendant"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

2. Plaintiff Solo Industries is a designer, distributor and online retailer of novel and inventive smoking pipes and accessories

3. Solo Industries is an innovator in the smoking industry and has designed and developed a number of novel smoking-related devices.

4. In 2005, I invented an all-in-one smoking device which provides a pipe and lighter in a single, compact device.

5. On October 26th, 2005, I, through counsel, filed US patent application 11/260,018 entitled "Integrated Smoking Device" in order to protect the all-in-one smoking device invention.

6. On April 26, 2007, the US patent application 11/260,018 was approved and issued as registered patent US 7,753,055.

7. By 2007, I had further developed the integrated smoking device concept into the embodiment that is sold by Solo Industries today. The device is known as the "Solo Pipe."

8. Thereafter, I pursued additional patent protection for the new Solo Pipe invention.

9. While the 11/260,018 application was still pending before the USPTO, two additional patent applications directed to the improved Solo Pipe invention were filed.

10. The first of improved Solo Pipe applications, 11/875,793, went on to register as US Patent 7,905,236 (the "'236 Patent") on March 15th, 2011.

2
DECLARATION OF GARY BRYMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT AGAINST HERBONITE, INC.

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

11. The second improved Solo Pipe application, 13/046,129, filed on March, 11th, 2011 went on to register as US Patent 8,881,738 (the "Asserted Patent"). This lawsuit involves Solo Industries' claims that WickiePipes infringes the Asserted Patent. A copy of the Asserted Patent is attached as **Exhibit B-1.**

12. On August 31st, 2007, a design patent application directed toward the design of the Solo Pipe invention was filed. The application was granted on September 16th, 2008.

13. All of the design and utility patents related to the Solo Pipe invention are assigned to Solo Industries, Inc.

14. In 2012, Solo industries learned that a California-based infringer, Mbyan, Inc., doing business as WickiePipe, was selling infringing Solo Pipe devices through its website <wickiepipe.com>.

15. In September 2012, Solo Industries initiated a lawsuit against WickiePipe in the United States District Court for the Central District of California for the infringement Solo Industries' intellectual properties, including U.S. Utility Patent 7,905,236. A copy of the complaint filed in the original WickiPipe lawsuit is attached as **Exhibit B-2**.

16. Mr. Misak Mkhdesyan was the owner of WickiePipe. A copy of the Final Judgment of Damages and Permanent Injunction of the 2012 Lawsuit, which denotes that Mr. Misak Mkhdesyan attended court hearings on its behalf, is attached to the Declaration of Gary Bryman as **Exhibit B-3**.

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

17. On August 26, 2013, WickiePipe filed for Chapter 7 voluntary bankruptcy in California Central Bankruptcy Court. A copy of WickiePipe's Voluntary Petition for Chapter 7 Bankruptcy is attached as **Exhibit B-4**.

18. Solo Industries never received a payment toward the $100,000 judgement.

19. Mr. Misak Mkhdesyan continued to operate the Wickiepipe business after Mbyan, Inc. went through bankruptcy. Defendant Herbonite Inc. is owned by Mr. Misak Mkhdesyan. A screenshot of the California Secretary of State's website showing Herbonite, Inc's business information is attached as **Exhibit B-5**.

20. Herbonite Inc. d/b/a WickiePipes is a California-based, online retailer of smoking pipes, lighters and other smoking accessories online through its website https://www.Wickiepipes.com.

21. Based on my review of the product listings of Herbonite Inc.'s website https://www.Wickiepipes.com and upon my memory of products available on Mbyan, Inc.'s website <wickiepipe.com>, Mbyan, Inc. sold generally the same types of smoking products as Herbonite, including pipes, lighters and other accessories.

22. In the summer of 2024, Solo Industries learned of WickiePipes' renewed infringing activity and initiated this lawsuit on August 5, 2024.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

23. After service of summons was made on Misak Mkhdesyan, on August 20, 2024, Mr. Mkhdesyan, counsel for Solo Industries and I have been in contact regarding potential settlement and the progress of the lawsuit.

24. The infringement of Solo Industries' intellectual property by WickiePipes has created significant damage to Solo Industries in terms of lost profits from the sale of Solo Pipe products.

25. In email exchanges between myself and Mr. Misak Mkhdesyan and Solo Indsutries' counsel, WickiePipes has produced its Shopify sales data for the Accused Product. The sale data shows that WickiePipes sold 2,740 units of Accused Product from August 1st, 2018, to August 1st, 2024. A copy of the Herbonite's Shopify sales data for the Accused Product is attached as **Exhibit B-6**.

26. If WickiePipes had not infringed the Asserted Patent, Solo Industries would have sold ▓▓▓▓ its patented Solo Pipe product.

27. Solo Industries' ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Solo Industries' ▓▓▓▓▓▓▓▓▓▓▓▓. Solo Industries' ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The profits that Solo Industries lost due to Herbonite's infringement amount are $90,420.00 USD.

28. I am not aware of any non-infringing substitutes for the invention described in the Asserted Patent from August 1st, 2018 through August 1st, 2024.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

29. The manufacturer that Solo Industries uses to produce the invention described in the Asserted Patent had the capacity from August 1st, 2018 through August 1st, 2024 to ▬▬▬▬▬ of the "Solo Pipe" patented product, far more than the approximately ▬▬▬▬▬ demand that Herbonite syphoned. At any time, Solo Industries could have ordered more units if additional demand was available to Solo Industries.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of January, 2025.

*/s/ Gary Bryman*

Gary Bryman

6
DECLARATION OF GARY BRYMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT AGAINST HERBONITE, INC.