# EXHIBIT R-1



# EXHIBIT R-2

**Claim Chart: U.S. Pat. No. 8,881,738 – Wikilite Product Comparison**

| U.S. Patent No. 8,881,738 | Wikilite Product ("Accused Product") |
|---|---|
| **Claim 1. An integrated Smoking device comprising:** | The preamble of Claim 1 refers to the invention as "Integrated Smoking Device" due to its incorporation of a lighter and pipe in a single device [See Column 1, Line 65 - Column 2, Line 15]. Similarly, when Herbonite, Inc. (d/b/a WickiePipes) offered the Accused device for sale, it marketed the device as an "All-in-one" device [See the screenshot taken from Wickiepipes.com website below].  |

11

**Claim Chart: U.S. Pat. No. 8,881,738 – Wikilite Product Comparison**

| | |
|---|---|
| **Claim 1.** An integrated Smoking device comprising:<br>**a housing (*element 1*):**<br>**a bowl (*element 2*) disposed in the housing:**<br>a smoke tube (element 3) coupled to the bowl at a bowl end allowing gaseous flow from the bowl end to a draw end (element 4); | **Element 1**: The '738 patent defines the housing"as the metal piece within which the bowl is formed by a depression. 1<br><br>**Element 2:**tThe bowl is a depression formed in the housing. ¹Smoke Tube (element 3) of the Accused Product extends from the base of the bowl (element 3) to the draw end of the device (element 4) along the solid line. See also below. |

21

**Claim 1.** An integrated Smoking device comprising:
a housing (element 1);
a bowl (element 2) disposed in the housing;

**a smoke tube (*element 3*) coupled to the bowl at a bowl end allowing gaseous flow from the bowl end to a draw end (*element 4*);**



**Element 4**: The "draw end" device allows contains a an aperture in communication with "smoke tube" that allows users to inhale smoke produced by combustion on material in the bowl of the device.

**Element 3:** The portion of the "smoke tube" that is in communication with the aperture of base of the bowl in the housing. The pictured component is typically attached to the device



**Element 3:** The aperture in the base of the bowl is the beginning of the "smoke tube" that is coupled to the bowl to allow smoke to pass from the bowl to the draw end.

3

| | |
|---|---|
| **Claim 1.** An integrated Smoking device comprising:<br>a housing (element 1):<br>    a bowl (element 2) disposed in the housing:<br>    a smoke tube (element 3) coupled to the bowl at a bowl end allowing gaseous flow from the bowl end to a draw end (element 4);<br>    **a flame assembly (*element 5*) associated with a fuel aperture (*element 6*) for directing fuel for a flame near the bowl and approximately parallel to the bowl;**<br>    **an igniter (*element 7*) arranged near the fuel aperture (*element 6*) so that when the fuel aperture is directing fuel, the igniter ignites the fuel; and** | **Element 5**: In accordance with the specification, the flame assembly is the combination of the fuel aperture (element 6), igniter (element 7), spark gap (the space between the igniter and the fuel aperture) and flame aperture. See Column 5, Lines 1-9.<br><br>**Element 6:** As is evident from the arrangement of bowl in proximity to the flame assembly and the orientation of the fuel aperture, when a flame is created, it is near and parallel to the bowl<br><br>**Element 7**: Activating the user control (element 12, shown below) of the Accused Device causes igniter (element 7) to produce a spark that ignites the fuel from the fuel aperture (element 6) and produce a flame that is parallel to the bowl.<br><br> |

4

...a moveable arm (*element 8*), said moveable arm externally and proximately mounted near the bowl, the moveable arm further comprising the flame assembly (*element 5*) and an air intake aperture (*element 9*)[4]; wherein said moveable arm has an active position (element 10) and an inactive position (element 11), wherein said moveable arm is thrust above the housing (element 1) in the active position and is lowered towards the housing in the inactive position[5]; and

**Element 8**: the movable arm is the portion of the device that extends above the housing and bowl in the active position (element 10) and is lowered back towards the housing and bowl in the inactive position (element 11).



**Element 9**: the aperture of the flame assembly allows air intake for the flame to be produced.

**Element 11**: The movable arm in an inactive position is pictured above.



**Element 10**: The movable arm in an active position is pictured above

5

| |
|---|
| wherein said flame assembly (element 5) further comprises said fuel aperture (element 6) and said igniter (element 7)[1];<br><br>a user control (element 12) arranged such that a user may activate the igniter and cause fuel to flow from the fuel aperture, so as to produce a flame directed at the bowl, in a single operation[2]. |
| <br><br>**Element 12**: The user control of the Accused Device is a button that causes the flame assembly to produce a flame when pressed. |

---

[1] Shown on page 2

[2] A test of a purchased Accused Device confirmed that it possesses this functionality.

# EXHIBIT R-3

