UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-6595-MWF(MARx)**                                    Date: January 27, 2025

Title      ***Solo Industries, Inc. v. Herbonite, Inc.***

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER STRIKING SEALED MOTION FOR DEFAULT JUDGMENT AND DECLARATION OF JARED ROVIRA (DOCKET NOS. 26 AND 27)**

On December 10, 2024, the Court filed an Order to Show Cause Re Default Judgment (the "OSC"); the hearing was set on January 13, 2025. (Docket No. 16). On January 13, 2025, after conferring with counsel, the Court continued the OSC hearing to January 27, 2025. (Docket No. 17).

On January 22, 2025, Plaintiff filed a Motion for Default Judgment, and Declarations of Gary Bryan and Jared Rovira (collectively the "First MDJ"). (Docket Nos. 18-20). On January 22, 2025, the Court filed an Order striking documents from the record. (Docket No. 22). The Order cited multiple deficiencies in the First MDJ.

On January 26, 2025, Plaintiff filed an Ex Parte Application for Leave to File Under Seal, and the Sealed Declaration of Kevin Behrendt in support of that Ex Parte Application (the "Sealing Application"). (Docket Nos. 23 and 24). On January 27, 2025, the Court filed an Order granting the Sealing Application (the "Sealing Order"). (Docket No. 25). The Sealing Order also noted that Plaintiff "must refile and set an appropriate hearing date in accordance with the Local Rules for the matter to be heard."

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-6595-MWF(MARx)**                                        Date: January 27, 2025

Title          ***Solo Industries, Inc. v. Herbonite, Inc.***

     Less than 30 minutes after the Sealing Order was docketed, Plaintiff refiled its Motion for Default Judgment and Declaration of Jared Rovira (the "Second MDJ"). (Docket Nos. 26 and 27). For the reasons set forth below, the Second MDJ documents are **STRICKEN**.

     Plaintiff sealed the ENTIRE Second MDJ, although it had only requested that certain information in and exhibits to the Second MDJ be sealed. In addition, Plaintiff did not file a publicly available redacted version of the Second MDJ.

     Plaintiff also noticed the Second MDJ for hearing on **January 27, 2025, at 10:00 a.m.** (although the docket entry for Docket No. 26 indicates 11:30 a.m.).

     The Certificate of Service attached to the Second MDJ (Docket No. 26 at page 41) is insufficient. Plaintiff should serve Defendant by mail at its business address and if also serving by email, Plaintiff should provide the email address where the documents are sent to Defendant.

     The Court now **ORDERS** Plaintiff to *properly* re-file its Motion for Default Judgment. If counsel has questions about how to accomplish this, the Court recommends a review of the Local Rules and the Court's website, or counsel may contact the Help Desk.

     IT IS SO ORDERED.