JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>HERBONITE, INC.<br><br>Defendant. | No. 2:24-cv-06595-MWF-MAR<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFAULTED DEFENDANT** |

On March 31, 2025, the Court **GRANTED** an Application for Default Judgment (Docket Nos. 30, 31) in favor of Plaintiff Solo Industries, Inc.

Good cause having been shown and pursuant to Rules 54, 55, and 65 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Plaintiff Solo Industries, Inc. and against Defendant Herbonite, Inc.

2. Plaintiff Solo Industries, Inc. is awarded **$90,420.00** in compensatory damages from Defendant Herbonite, Inc., trebled for a total of **$271,260.00**.

3. Plaintiff Solo Industries, Inc. is awarded **$50,654.00** in prejudgment interest.

///

4. Plaintiff Solo Industries, Inc. is awarded post-judgment interest in an amount to be determined.

5. Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the above-named Defendant and its officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with them are **ORDERED** to permanently cease and restrain from all of the following activities:

   a. Making, using, offering for sale, selling or importing any goods or services, including the Accused Product, which infringe US Utility Patent No. 8,881,738.

   b. Making, using, offering for sale, selling or importing any goods or services, including the Accused Product, which infringe Plaintiff Solo Industries, Inc.'s intellectual property rights.

   c. Passing off Defendant Herbonite, Inc.'s goods or services as those of Plaintiff Solo Industries, Inc.

DATED: March 31, 2025

MICHAEL W. FITZGERALD
United States District Judge